In re WATSON. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the judicial settlement of the accounts of Henry R. C. Watson, as sole surviving executor, etc., of William Watson, deceased. No opinion. Motion denied, without costs, for the reason that what are labeled second and third findings of fact are really conclusions of law. See, also, 163 App. Div. 41, 148 N. Y. Supp. 525; 163 App. Div. 656, 148 N. Y. Supp. 1020.

WATSON, Respondent, v. HYGIENIC LUNCH CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Hiram R. Watson against the Hygienic Lunch Company. No opinion. Judgment and order unanimously affirmed, with costs.

WATTS, Respondent, v. HERRICK et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Samuel M. Watts against Frank C. Herrick and others. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

WEAVER et al., Respondents, v. HEDRICK BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Wellington S. Weaver and others, executors, etc., of William J. Weaver, deceased, who sue, not only for themselves, but also for all other stockholders of the Hedrick Brewing Company similarly situated, against the Hedrick Brewing Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

WEINGART, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Richard Weingart against the Mutual Life Insurance Company of New York. M. Downs, of New York City, for appellant. M. J. Stroock, of New York City, for respondent. No opinion. Order modified, by striking out the first item in order requiring the bill of particulars, and, as modified, affirmed, without costs. Settle order on notice.

WEIR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Martin Weir against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

WEISKRAGEN, Respondent, v. HEICHEL, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Benjamin Weiskragen against John Heichel. C. S. Petrasch, of New York City, for appellant. L. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WERNER, Appellant, v. WERNER, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Arthur M. Werner against Giulia M. Werner. H. S. Dottenheim, of New York City, for appellant. J. P. Cotton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEST et al. v. SOUTHERN RY. CO. et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Thomas H. West and others against the Southern Railway Company and others. No opinion. Motion denied, with $10 costs. Opinion per curiam.

WESTON et al. v. WATTS. Appeal of THAIN. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Walter Weston and another against James R. Watts. From an order therein, Alexander Thain, as receiver, appeals. L. E. Warren, of New York City, for appellant. R. E. McLear, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1118.

WESTON v. WATTS. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Walter Weston against James R. Watts. No opinion. Motion granted. Settle order on notice. See, also, 149 N. Y. Supp. 1118.

WESTON et al. v. WESTON. Appeal of THAIN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Walter Weston and another against James F. Weston. From an order therein Alexander Thain appeals. L. E. Warren, of New York City, for appellant. R. E. McLear, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WHAMOND v. NORTH SIDE BOARD OF TRADE. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Reginald Whamond against the North Side Board of Trade. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 263.

WHEATON, Appellant, v. GRIFFIN, Respondent. GRIFFIN, Respondent, v. WHEATON, Appellant. (Supreme Court, Appellate Division, Third Department. September 15,